UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR371 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| GARY WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is ore the Court on the United States' Motion for Final Order of Forfeiture and Memorandum Brief (Filing No. 30). The Court has reviewed the record in this case and, being duly advised in the premises, find as follows:

1. On March 27, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g)(1), 924(d) and Title 28, United States Code, 2461(c), based upon the Defendant's plea of guilty to Counts I, IV and V of the Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the Defendant's interest in a RG Model 14 .22 caliber revolver, serial number 364751, was forfeited to the United States.

2. On April 12, 19 and 26, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said property.  An Affidavit of Publication was filed herein on May 25, 2007 (Filing No. 29).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 30) is hereby sustained.

B. All right, title and interest in and to the RG Model 14 .22 caliber revolver, serial number 364751, held by any person or entity, is hereby forever barred and foreclosed.

C. The RG Model 14 .22 caliber revolver, serial number 364751, be, and the same hereby is, forfeited to the United States of America .

D. The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 29th day of May, 2007.

                                                BY THE COURT:

                                                s/Laurie Smith Camp
                                                United States District Judge